UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WAYNE KEITH WALLACE, | ) |
| Plaintiff, | ) CASE NO.  C07-1231-MJB |
| v. | ) ORDER |
| SEATTLE HOUSING AUTHORITY, | ) |
| Defendant. | ) |

Plaintiff's motion to proceed *in forma pauperis* is GRANTED.  Plaintiff does not appear to have funds available to afford the $350.00 filing fee.  Plaintiff may proceed without prepayment of costs or fees or the necessity of giving security therefore.

The Clerk is directed to send a copy of this Order to Plaintiff, and to issue summonses to plaintiff to enable proper service of the complaint on the appropriate parties.  **Plaintiff shall note that it is his responsibility to properly serve copies of the complaint along with appropriate summonses as required by Rule 4 of the Federal Rules of Civil Procedure.**

The Clerk is directed to send to parties a copy of the Notice of Initial Assignment and Consent to Proceed before a United States Magistrate Judge.

DATED this 21st day of August, 2007.

MONICA J. BENTON
United States Magistrate Judge

ORDER - 1