UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
)
WAYNE KEITH WALLACE,                )
                                    )   Case No. C07-1231RSL
            Plaintiff,              )
      v.                            )
                                    )   ORDER VACATING ORDER
SEATTLE HOUSING AUTHORITY,          )   OF AUGUST 23, 2007, AND
                                    )   REFERRING MOTION
            Defendant.              )
_____)

This matter comes before the Court *sua sponte*. The "Order Regarding Initial Disclosure, Joint Status Report, and Early Settlement," dated August 23, 2007, is hereby VACATED.

The Court hereby refers to United States Magistrate Judge Monica J. Benton, pursuant to 28 U.S.C. § 636(b)(1), Local Rule MJR 3, and Fed. R. Civ. P. 72(a), the following motion pending before this Court:

Application for Court-Appointed Counsel (Dkt. # 5).

The Magistrate Judge shall hear and determine such motion. Any appeal from the determinations of the Magistrate Judge shall be in accordance with Fed. R. Civ. P. 72(a), 28 U.S.C. § 636(b)(1)(A), and Local Rule MJR 3(b).

ORDER VACATING ORDER
OF AUGUST 23, 2007, AND
REFERRING MOTION

1      DATED this 16th day of October, 2007.

*/s/ Robert S. Lasnik*

Robert S. Lasnik
United States District Judge

26 ORDER VACATING ORDER
OF AUGUST 23, 2007, AND
REFERRING MOTION     -2-