UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
WAYNE KEITH WALLACE,                )
                                    )   No.  C07-1231RSL
                Plaintiff,          )
        v.                          )
                                    )   ORDER TO SHOW CAUSE
SEATTLE HOUSING AUTHORITY,          )
                                    )
                Defendant.          )
_____)

This matter comes before the Court *sua sponte*. The complaint in the above-captioned matter was filed on August 21, 2007. To date, service of the summons and complaint has not been made on defendant as required by Fed. R. Civ. P. 4(m). Plaintiff is hereby ORDERED to show cause why the complaint should not be dismissed. Plaintiff shall file a responsive brief no later than Thursday, February 7, 2008.

DATED this 22nd day of January, 2008.

/s/ Robert S. Lasnik
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE