UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WAYNE KEITH WALLACE,<br><br>              Plaintiff,<br>   v.<br><br>SEATTLE HOUSING AUTHORITY,<br><br>              Defendant. | No. C07-1231RSL<br><br>ORDER VACATING ORDER<br>TO SHOW CAUSE |

This matter comes before the Court on plaintiff's response to the Order to Show Cause dated January 22, 2008. Plaintiff asserts that he did not receive the summons that were issued by the Clerk in late August 2007. See Dkt. # 3 and 4. Giving plaintiff every benefit of the doubt, the Order to Show Cause is hereby VACATED, and the Clerk is directed to reissue summons to plaintiff. Plaintiff is again reminded that it is his responsibility to properly serve copies of the complaint along with appropriate summonses as required by Rule 4 of the Federal Rules of Civil Procedure. Plaintiff shall have 60 days from the date of this order to affect service. If plaintiff has difficulty serving defendant as directed by Fed. R. Civ. P. 4, he may, within thirty days of the date of this order, file a motion for assistance in serving the complaint.

Dated this 11th day of February, 2008.

*/s/ Robert S. Lasnik*

Robert S. Lasnik
United States District Judge

ORDER VACATING ORDER TO SHOW CAUSE